**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RONALD L. SMITH,

    Plaintiff,

v.

    Case No. 07-14341
    Hon. Lawrence P. Zatkoff

LAKEFRONT LINES, INC.,

    Defendant.
_____/

**ORDER DENYING MOTION FOR DEFAULT**
**JUDGMENT AND SETTING ASIDE ENTRY OF DEFAULT**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on January 22, 2008

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

This matter having come before the Court on Plaintiff's Motion for Default Judgment [dkt. 6], with the Court being sufficiently advised of the parties' respective positions and arguments;

IT IS HEREBY ORDERED that, for the reasons stated by the Court on the record, Plaintiff's motion is DENIED and the Clerk's Entry of Default [dkt. 5] is hereby SET ASIDE;

IT IS FURTHER ORDERED that Defendant shall pay, to the order of Plaintiff's counsel, five hundred dollars ($500.00) in costs; and

IT IS FURTHER ORDERED that Defendant shall file an answer to the complaint on or before February 1, 2008.

IT IS SO ORDERED.

                                              s/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: January 30, 2008

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 30, 2008.

                                                    s/Marie E. Verlinde
                                                   Case Manager
                                                   (810) 984-3290