**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RONALD L. SMITH,

    Plaintiff,                                      CASE NO. 07-14341
                                                        HON. LAWRENCE P. ZATKOFF

v.

LAKEFRONT LINES, INC.,

    Defendant.

_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation of Magistrate Steven Pepe filed on July 24, 2008. Magistrate Pepe recommends that Plaintiff's Complaint, alleging violations of the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.*, be dismissed because Plaintiff has failed to failed to procure new representation as instructed by this Court, failed to respond to the Magistrate's Order to Show Cause, and failed to otherwise prosecute his action. Plaintiff has not objected to the Report and Recommendation within the time frame set forth in 28 U.S.C. § 636(b)(1).

The Court has undertaken a thorough review of the court file as well as the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of the Court. Accordingly,

    IT IS ORDERED that Plaintiff's Complaint is HEREBY DISMISSED.

IT IS SO ORDERED.


                                        s/Lawrence P. Zatkoff
                                        LAWRENCE P. ZATKOFF
                                        UNITED STATES DISTRICT JUDGE

Dated:  August 19, 2008

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on August 19, 2008.


                                        s/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290